Commonwealth ex rel. Reno, Appellant, *v.*
Russell.

Argued April 13, 1962. Before RHODES, P. J., ER-
VIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and
FLOOD, JJ.

*Frank Reno*, appellant, in propria persona, submitted a brief.

*Peter O. Steege*, Assistant District Attorney, for appellee.

OPINION PER CURIAM, June 13, 1962:

The order of the court below dismissing relator's petition for a writ of habeas corpus is affirmed on the opinion of President Judge ROBERT E. McCREARY reported in 27 Pa. D. & C. 2d 157.